909 A.2d 298

**HEMPT BROTHERS, INC., Appellant**

**v.**

**COMMONWEALTH of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Sept. 27, 2006.

## *ORDER*

PER CURIAM.

The Order of the Commonwealth Court is hereby AFFIRMED.